IN THE CIRCUIT COURT FOR **BALTIMORE CITY, MARYLAND**
(City/County)

## CIVIL – NON-DOMESTIC CASE INFORMATION SHEET

### DIRECTIONS

*Plaintiff:* This Information Report must be completed and attached to the complaint filed with the Clerk of Court unless your case is exempted from the requirement by the Chief Justice of the Supreme Court of Maryland pursuant to Rule 2-111(a).
*Defendant:* You must file an Information Report as required by Rule 2-323(h).

**THIS INFORMATION REPORT CANNOT BE ACCEPTED AS A PLEADING**

**FORM FILED BY:** ☒ PLAINTIFF ☐ DEFENDANT     **CASE NUMBER** _____ (Clerk to insert)
**CASE NAME:** Fannie Blick                             vs.   Primerica Life Insurance Company
                 Plaintiff                                       Defendant
**PARTY'S NAME:** Fannie Blick   Plaintiff                 **PHONE:** _____
**PARTY'S ADDRESS:** 4200 Harford Terrace, Baltimore, Maryland 21214
**PARTY'S E-MAIL:** fannieblick@yahoo.com

**If represented by an attorney:**
**PARTY'S ATTORNEY'S NAME:** Timothy E. Howie           **PHONE:** (301) 466-9537
**PARTY'S ATTORNEY'S ADDRESS:** 819 Ritchie Highway, Suite 2015, Severna Park, Maryland 21146
**PARTY'S ATTORNEY'S E-MAIL:** thowie@howielawfirm.com

**JURY DEMAND?** ☒ Yes ☐ No
**RELATED CASE PENDING?** ☐ Yes ☒ No  If yes, Case #(s), if known: _____
**ANTICIPATED LENGTH OF TRIAL?:** ___ hours  2  days

### PLEADING TYPE

**New Case:**  ☒ Original    ☐ Administrative Appeal   ☐ Appeal
**Existing Case:** ☐ Post-Judgment   ☐ Amendment
*If filing in an existing case,* skip Case Category/Subcategory section – go to Relief section.

### IF NEW CASE: CASE CATEGORY/SUBCATEGORY (Check one box.)

**TORTS**
☐ Asbestos
☐ Assault and Battery
☐ Business and Commercial
☐ Conspiracy
☐ Conversion
☐ Defamation
☐ False Arrest/Imprisonment
☐ Fraud
☐ Lead Paint – DOB of Youngest Plt: _____
☐ Loss of Consortium
☐ Malicious Prosecution
☐ Malpractice-Medical
☐ Malpractice-Professional
☐ Misrepresentation
☐ Motor Tort
☐ Negligence
☐ Nuisance
☐ Premises Liability
☐ Product Liability
☐ Specific Performance
☐ Toxic Tort
☐ Trespass
☐ Wrongful Death

**CONTRACT**
☐ Asbestos
☒ Breach
☐ Business and Commercial
☐ Confessed Judgment (Cont'd)
☐ Construction
☐ Debt
☐ Fraud

☐ Government
☒ Insurance
☐ Product Liability

**PROPERTY**
☐ Adverse Possession
☐ Breach of Lease
☐ Detinue
☐ Distress/Distrain
☐ Ejectment
☐ Forcible Entry/Detainer
☐ Foreclosure
  ☐ Commercial
  ☐ Residential
  ☐ Currency or Vehicle
  ☐ Deed of Trust
  ☐ Land Installments
  ☐ Lien
  ☐ Mortgage
  ☐ Right of Redemption
  ☐ Statement Condo
☐ Forfeiture of Property / Personal Item
☐ Fraudulent Conveyance
☐ Landlord-Tenant
☐ Lis Pendens
☐ Mechanic's Lien
☐ Ownership
☐ Partition/Sale in Lieu
☐ Quiet Title
☐ Rent Escrow
☐ Return of Seized Property
☐ Right of Redemption
☐ Tenant Holding Over

**PUBLIC LAW**
☐ Attorney Grievance
☐ Bond Forfeiture Remission
☐ Civil Rights
☐ County/Mncpl Code/Ord
☐ Election Law
☐ Eminent Domain/Condemn.
☐ Environment
☐ Error Coram Nobis
☐ Habeas Corpus
☐ Mandamus
☐ Prisoner Rights
☐ Public Info. Act Records
☐ Quarantine/Isolation
☐ Writ of Certiorari

**EMPLOYMENT**
☐ ADA
☐ Conspiracy
☐ EEO/HR
☐ FLSA
☐ FMLA
☐ Worker's Compensation
☐ Wrongful Termination

**INDEPENDENT PROCEEDINGS**
☐ Assumption of Jurisdiction
☐ Authorized Sale
☐ Attorney Appointment
☐ Body Attachment Issuance
☐ Commission Issuance

☐ Constructive Trust
☐ Contempt
☐ Deposition Notice
☐ Dist Ct Mtn Appeal
☐ Financial
☐ Grand Jury/Petit Jury
☐ Miscellaneous
☐ Perpetuate Testimony/Evidence
☐ Prod. of Documents Req.
☐ Receivership
☐ Sentence Transfer
☐ Set Aside Deed
☐ Special Adm. – Atty
☐ Subpoena Issue/Quash
☐ Trust Established
☐ Trustee Substitution/Removal
☐ Witness Appearance-Compel

**PEACE ORDER**
☐ Peace Order

**EQUITY**
☐ Declaratory Judgment
☐ Equitable Relief
☐ Injunctive Relief
☐ Mandamus

**OTHER**
☐ Accounting
☐ Friendly Suit
☐ Grantor in Possession
☐ Maryland Insurance Administration
☐ Miscellaneous
☐ Specific Transaction
☐ Structured Settlements

CC-DCM-002 (Rev. 12/2022)                 Page 1 of 3

| IF NEW OR EXISTING CASE: RELIEF (Check All that Apply) | | | |
|---|---|---|---|
| ☐ Abatement | ☐ Earnings Withholding | ☐ Judgment-Default | ☐ Reinstatement of Employment |
| ☐ Administrative Action | ☐ Enrollment | ☐ Judgment-Interest | ☐ Return of Property |
| ☐ Appointment of Receiver | ☐ Expungement | ☐ Judgment-Summary | ☐ Sale of Property |
| ☐ Arbitration | ☐ Financial Exploitation | ☐ Liability | ☐ Specific Performance |
| ☐ Asset Determination | ☐ Findings of Fact | ☐ Oral Examination | ☐ Writ-Error Coram Nobis |
| ☐ Attachment b/f Judgment | ☐ Foreclosure | ☐ Order | ☐ Writ-Execution |
| ☐ Cease & Desist Order | ☐ Injunction | ☐ Ownership of Property | ☐ Writ-Garnish Property |
| ☐ Condemn Bldg | ☐ Judgment-Affidavit | ☐ Partition of Property | ☐ Writ-Garnish Wages |
| ☐ Contempt | ☐ Judgment-Attorney Fees | ☐ Peace Order | ☐ Writ-Habeas Corpus |
| ☐ Court Costs/Fees | ☐ Judgment-Confessed | ☐ Possession | ☐ Writ-Mandamus |
| ☒ Damages-Compensatory | ☐ Judgment-Consent | ☐ Production of Records | ☐ Writ-Possession |
| ☐ Damages-Punitive | ☐ Judgment-Declaratory | ☐ Quarantine/Isolation Order | |

*If you indicated **Liability** above,* mark one of the following. This information is <u>not</u> an admission and may not be used for any purpose other than Track Assignment.

☐ Liability is conceded.   ☐ Liability is not conceded, but is not seriously in dispute.   ☐ Liability is seriously in dispute.

| MONETARY DAMAGES (Do not include Attorney's Fees, Interest, or Court Costs) |
|---|
| ☐ Under $10,000   ☐ $10,000 - $30,000   ☐ $30,000 - $100,000   ☒ Over $100,000 |
| ☐ Medical Bills $ 0   ☐ Wage Loss $ 0   ☐ Property Damages $ 0 |

| ALTERNATIVE DISPUTE RESOLUTION INFORMATION |
|---|
| Is this case appropriate for referral to an ADR process under Md. Rule 17-101? (Check all that apply) |
| A. Mediation   ☐ Yes ☒ No            C. Settlement Conference   ☒ Yes ☐ No |
| B. Arbitration  ☐ Yes ☒ No            D. Neutral Evaluation       ☐ Yes ☒ No |

| SPECIAL REQUIREMENTS |
|---|
| ☐ If a Spoken Language Interpreter is needed, **check here and attach form CC-DC-041** |
| ☐ If you require an accommodation for a disability under the Americans with Disabilities Act, **check here and attach form CC-DC-049** |

| ESTIMATED LENGTH OF TRIAL |
|---|
| *With the exception of Baltimore County and Baltimore City, please fill in the estimated **LENGTH OF TRIAL**.* |
| *(Case will be tracked accordingly)* |
| ☐ 1/2 day of trial or less          ☐ 3 days of trial time |
| ☐ 1 day of trial time               ☐ More than 3 days of trial time |
| ☐ 2 days of trial time |

| BUSINESS AND TECHNOLOGY CASE MANAGEMENT PROGRAM |
|---|
| *For all jurisdictions, if Business and Technology track designation under Md. Rule 16-308 is requested, attach a duplicate copy of complaint and check one of the tracks below.* |
| ☐ **Expedited** - Trial within 7 months of Defendant's response       ☐ **Standard** - Trial within 18 months of Defendant's response |
| EMERGENCY RELIEF REQUESTED |

CC-DCM-002 (Rev. 12/2022)                     Page 2 of 3

### COMPLEX SCIENCE AND/OR TECHNOLOGICAL CASE MANAGEMENT PROGRAM (ASTAR)

*FOR PURPOSES OF POSSIBLE SPECIAL ASSIGNMENT TO ASTAR RESOURCES JUDGES under Md. Rule 16-302, attach a duplicate copy of complaint and check whether assignment to an ASTAR is requested.*

☐ **Expedited** - Trial within 7 months of Defendant's response

☐ **Standard** - Trial within 18 months of Defendant's response

*IF YOU ARE FILING YOUR COMPLAINT IN BALTIMORE CITY OR BALTIMORE COUNTY, PLEASE FILL OUT THE APPROPRIATE BOX BELOW.*

### CIRCUIT COURT FOR BALTIMORE CITY (CHECK ONLY ONE)

| | | |
|---|---|---|
| ☐ | Expedited | Trial 60 to 120 days from notice. Non-jury matters. |
| ☐ | Civil-Short | Trial 210 days from first answer. |
| ☒ | Civil-Standard | Trial 360 days from first answer. |
| ☐ | Custom | Scheduling order entered by individual judge. |
| ☐ | Asbestos | Special scheduling order. |
| ☐ | Lead Paint | Fill in: Birth Date of youngest plaintiff_____. |
| ☐ | Tax Sale Foreclosures | Special scheduling order. |
| ☐ | Mortgage Foreclosures | No scheduling order. |

### CIRCUIT COURT FOR BALTIMORE COUNTY

| | | |
|---|---|---|
| ☐ | Expedited (Trial Date-90 days) | Attachment Before Judgment, Declaratory Judgment (Simple), Administrative Appeals, District Court Appeals and Jury Trial Prayers, Guardianship, Injunction, Mandamus. |
| ☐ | Standard (Trial Date-240 days) | Condemnation, Confessed Judgments (Vacated), Contract, Employment Related Cases, Fraud and Misrepresentation, International Tort, Motor Tort, Other Personal Injury, Workers' Compensation Cases. |
| ☐ | Extended Standard (Trial Date-345 days) | Asbestos, Lender Liability, Professional Malpractice, Serious Motor Tort or Personal Injury Cases (medical expenses and wage loss of $100,000, expert and out-of-state witnesses (parties), and trial of five or more days), State Insolvency. |
| ☐ | Complex (Trial Date-450 days) | Class Actions, Designated Toxic Tort, Major Construction Contracts, Major Product Liabilities, Other Complex Cases. |

June 19, 2025
Date

819 Ritchie Highway, Suite 2015
Address

Severna Park, Maryland
City            State       Zip Code

*/s/ Howie 6-19-25*   8912180275
Signature of Attorney / Party            Attorney Number

Timothy E. Howie
Printed Name

CC-DCM-002 (Rev. 12/2022)                Page 3 of 3

IN THE CIRCUIT COURT FOR BALTIMORE CITY, MARYLAND

| | |
|---|---|
| FANNIE BLICK<br>4200 Harford Terrace<br>Baltimore, Maryland 21214<br><br>    Plaintiff<br><br>v.<br><br>PRIMERICA LIFE INSURANCE COMPANY<br>1 Primerica Parkway<br>Duluth, Georgia 30099<br><br>    Defendant | *<br>*<br>*<br>*<br>*<br>*<br>*    Case No. C-24-CV-25-005800<br>*<br>*<br>*<br>*<br>*<br>*<br>* |

## COMPLAINT

COMES NOW Plaintiff Fannie Blick, by counsel, Timothy E. Howie, Esq. and HOWE LAW FIRM LLC, and sues Defendant Primerica Life Insurance Company (hereinafter "Defendant") for compensatory damages resulting from Defendant's breach of contract (breach of life insurance policy), and in support thereof states as follows.

1.  Plaintiff Fannie Black (hereinafter "Plaintiff") is at the time of the filing of this lawsuit, and was at all relevant times, a resident of Baltimore City, Maryland.

2.  Bilal Omar died on June 19, 2022 or June 20, 2022.

3.  When Bilal Omar died, and at all relevant times, he was the legal spouse of Plaintiff.

4.  When Bilal Omar died, his life was insured by Defendant, via Defendant's life insurance policy number 0491764399 (hereinafter "the policy").

5.  The policy existed, and was in effect, when Bilal Omar died, and at all relevant times.

6.  The policy is attached as Exhibit A and as Exhibit B. The attached policy documents, and the policy terms in those documents, are hereby incorporated herein by this reference.

7.  The policy terms included a provision that "We will pay the Rider Face Amount, in a lump sum, to the Beneficiary of this Rider upon receiving due proof that the Insured Spouse

1 | P a g e

died before the Rider Expiry Date and while the Rider was in force."

8. When Bilal Omar died, the "Rider Face Amount", regarding Bilal Omar, was seven hundred thousand dollars $700,000.00).

9. When Bilal Omar died, the "Beneficiary" of the policy was Plaintiff.

10. When Bilal Omar died, the "Beneficiary" of the policy death benefit regarding the life of Bilal Omar was Plaintiff.

11. When Bilal Omar died, Bilal Omar was "the Insured Spouse".

12. Plaintiff timely and properly provided Defendant with due proof of the death of Bilal Omar.

13. Bilal Omar died "before the Rider Expiry Date".

14. When Bilal Omar died, "the Rider was in force".

15. On or about May 6, 2020, Plaintiff submitted an application for the policy.

16. That application included coverage for Balil Omar under a Spouse Term Rider.

17. The policy was issued on or about May 15, 2020.

18. When the policy was issued, both Plaintiff and Bilal Omar were insured for $250,000 each, with Increasing Benefit Rider.

19. On or about September 18, 2020, a Policy Change Application was submitted, adding a Spouse Term Rider for $700,000. The application is attached as Exhibit C. The application was prepared by Damian Tucker.

20. On or about October 20, 2020, the Spouse Term Rider was issued by Defendant.

21. The Spouse Term Rider, and the policy as a whole, were in effect when Bilal Omar died.

22. When Bilal Omar died, Bilal Omar was "the Spouse Rider" insured as that term was used in the policy, and Plaintiff was the "Primary insured" as that term was used in the policy, and Plaintiff was the "policy owner" as that term was used in the policy.

23. As a "policy owner", and as a beneficiary of the policy, and as a beneficiary of the policy death benefit regarding the life of Bilal Omar, Plaintiff was entitled, and Plaintiff remains entitled, to payment from Defendant of the coverage amount of $700,000.

24. Defendant has failed and refused to pay Plaintiff pursuant to the policy. Payment

is due, but has not been made.

25. Defendant's failure and refusal to pay Plaintiff pursuant to the policy is a breach of contact.

26. As a beneficiary of the policy who has not been paid by Defendant, and as a beneficiary of the policy death benefit who has not been paid that death benefit regarding the life of Bilal Omar, Plaintiff is entitled to sue Defendant.

27. Upon information and belief, all conditions precedent have been waived, or have occurred, or have been performed.

28. Plaintiff demands a trial by jury on all issues.

WHEREFORE, Plaintiff Fannie Black seeks judgment in Plaintiff's favor and against Defendant Primerica Life Insurance Company in an amount excess of seventy-five thousand dollars ($75,000.00). Specifically, Plaintiff Fannie Black seeks judgment in Plaintiff's favor and against Defendant Primerica Life Insurance Company in the amount of seven hundred thousand dollars ($700,000).

Respectfully Submitted,

_____ 6-19-2025
Timothy E. Howie, Esq.
HOWIE LAW FIRM LLC
819 Ritchie Highway, Suite 2015
Severna Park, Maryland 21146
Telephone: (410) 793-2400
Facsimile: (443) 323-2249
Email: thowie@howielawfirm.com
*Attorney for Plaintiff Fannie Blick*
AIS No.: 8912180275

## JURY DEMAND

Plaintiff demands a trial by jury on all issues.

_____
Timothy E. Howie, Esq.

https://howielawfirm.sharepoint.com/sites/HowieLF/Shared Documents/Cases - HLF - OPEN/Blick, Fannie/Complaint 6.19.2025.docx

3 | P a g e

CIRCUIT COURT FOR BALTIMORE CITY
MARYLAND
CIVIL DIVISION
111 N. Calvert Street
Baltimore, Maryland 21202

Civil: 410-333-3722
Criminal: 410-333-3750
Family: 410-333-3709/3738
Juvenile: 443-263-6300

**To:** PRIMERICA LIFE INSURANCE COMPANY
1 PRIMERICA PARKWAY
DULUTH, GA 30099

Case Number: C-24-CV-25-005800
Other Reference Number(s):
Child Support Enforcement Number:

FANNIE BLICK VS. PRIMERICA LIFE INSURANCE COMPANY

Issue Date: 6/23/2025

# WRIT OF SUMMONS

You are summoned to file a written response by pleading or motion, within 60 days after service of this summons upon you, in this court, to the attached complaint filed by:

FANNIE BLICK
4200 Harford Terrace
Baltimore, MD 21214

This summons is effective for service only if served within 60 days after the date it is issued.

Xavier A. Conaway
Clerk of the Circuit Court

To the person summoned:
   Failure to file a response within the time allowed may result in a judgment by default or the granting of the relief sought against you.
   Personal attendance in court on the day named is NOT required.
   It is your responsibility to ensure that the court has your current and correct mailing address in order to receive subsequent filings and notice in this case.

Instructions for Service:

1. This summons is effective for service only if served within 60 days after the date issued. If it is not served within the 60 days, the plaintiff must send a written request to have it renewed.
2. Proof of Service shall set out the name of the person served, date and the particular place and manner of service. If service is not made, please state the reasons.
3. Return of served or unserved process shall be made promptly and in accordance with Maryland Rule 2-126.
4. If this notice is served by private process, process server shall file a separate affidavit as required by Maryland Rule 2-126(a).

Fannie Blick vs. Primerica Life Insurance Company    Case 1:25-cv-02950-ABA   Document 1-1   Filed 09/08/25   Page 8 of 8

Circuit Court for Baltimore City
Case Number: C-24-CV-25-005800

# SHERIFF'S RETURN
### (please print)

To: PRIMERICA LIFE INSURANCE COMPANY

_____ ID# _____ of the _____
Serving Sheriff's Name

County Sheriff's office present to the court that I:

(1) Served _____
Name of person served

on _____ at _____
Date of service                             Location of service

_____ by _____ with the following:
Manner of service

- ☐ Summons
- ☐ Complaint
- ☐ Motions
- ☐ Petition and Show Cause Order
- ☐ Other _____

- ☐ Counter-Complaint
- ☐ Domestic Case Information Report
- ☐ Financial Statement
- ☐ Interrogatories

Please specify

(2) Was unable to serve because:
- ☐ Moved left no forwarding address
- ☐ Address not in jurisdiction
- ☐ No such address
- ☐ Other _____

Please specify

Sheriff fee: $ _____  ☐ waived by _____

_____  _____
Date               Signature of serving Sheriff

Instructions to Sheriff's Office or Private Process Server:
1. This Summons is effective for service only if served within 60 days after the date issued. If it is not served within 60 days, the plaintiff must send a written request to have it renewed.
2. Proof of Service shall set out the name of the person served, date and the particular place and manner of service. If service is not made, please state the reasons.
3. Return of served or unserved process shall be made promptly and in accordance with Rule 2-126.
4. If this summons is served by private process, process server shall file a separate affidavit as required by Rule 2-126(a).